```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

------------------------------------

UNITES STATES OF AMERICA,

ORDER OF REFERRAL

-vs-

CR-22-442(FB)

Jeremy Monk,
                    Defendant.

------------------------------------

The defendant, **ABOVE**, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge **CHO** to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED:

**/s/ Frederic Block**
U.S. District Judge

Dated: Brooklyn, NY

March 9, 2023

***CONSENTED TO:***

_____
Defendant's signature & Date

_____
Attorney for Defendant's signature

_____
Magistrate Judge