UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------
                                    :
UNITES STATES OF AMERICA,           :
                                    :       ORDER OF REFERRAL
   -vs-                             :
                                    :       CR-22-442(FB)
Jeremy Monk,                        :
            Defendant.              :
------------------------------------

       The defendant, __**ABOVE**__, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __**CHO**__ to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

                                                       SO ORDERED:

                                                  **/s/ Frederic Block**
                                                  U.S. District Judge

Dated: Brooklyn, NY

      March 9, 2023

**CONSENTED TO:**

_[signature]_ 3-20-23
Defendant's signature & Date

_[signature]_
Attorney for Defendant's signature

S/ James R. Cho
_____
Magistrate Judge
    JAMES R CHO